ent.— Order unanimously affirmed, with $20 costs. No opinion. Present— Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

WALTER CHRUSZ, Respondent, v. INTERBOROUGH NEWS COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

ALBERT C. deKONINCK, Appellant, v. STEPHEN P. BRITZ et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

BRYANT PARK BUILDING, INC., Appellant, v. NETLEY SERVICE CORPORATION et al., Respondents. 11 WEST 42ND STREET, INC., Appellant, v. NETLEY SERVICE CORPORATION et al., Respondents.— Orders unanimously affirmed, each with $10 costs and disbursements to the respondents. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

BRYANT PARK BUILDING, INC., Respondent, v. NETLEY SERVICE CORPORATION et al., Appellants.— Order reversed, with $20 costs and disbursements to the appellants, and the motion denied. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.; Cohn, J., dissents and votes to affirm. No opinion. [See post, p. 822.]

BRYANT PARK BUILDING, INC., Respondent, v. NETLEY SERVICE CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

11 WEST 42ND STREET, INC., Respondent, v. NETLEY SERVICE CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

GUSTAV R. MITTELMARK, Respondent, v. NATHAN MITTELMARK et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

DOROTHY L. WARD, Respondent, v. NEAL R. ANDREWS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

SOUTHERN TRAVELERS' ASSOCIATION, INC., Respondent, v. ALMAC ESTATES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of ALEXANDER CUMMINGS.— Motion for reinstatement and for other relief in all respects denied. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TRINITY BUILDINGS CORPORATION OF NEW YORK, Appellant, against HARRY B. CHAMBERS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. [111 and 115 Broadway, Borough of Manhattan.] — (111 Broadway.) Order unanimously modified by reducing the assessed valuations for the years 1944-45 and 1945-46 as follows: land, $2,300,000; building, $1,000,000; total, $3,300,000; and as so modified affirmed, with $10 costs and disbursements to the appellant. Settle order on notice. (115 Broadway.) Order unanimously modified by reducing the assessed valuations for the years 1944-45 and 1945-46 as follows: land, $2,100,000; building, $900,000; total, $3,000,000; and as so modified